# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN C. HOLMES  
837 N. MAIN ST. #208  
ROCKFORD, IL  61103  
SSN-xxx-xx-7311

Case Number: 04-76415

Case filed on: 12/30/2004  
Plan Confirmed on: 2/18/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $21,072.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 16,240.50 | 16,240.50 | 16,240.50 | 1,934.48 |
|  | Total Priority | 16,240.50 | 16,240.50 | 16,240.50 | 1,934.48 |
| 033 | JOHN C. HOLMES | 0.00 | 0.00 | 625.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 625.00 | 0.00 |
| 032 | AMERICAN HONDA FINANCE CORPORATION | 9,973.14 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 9,973.14 | 0.00 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 721.49 | 36.07 | 6.54 | 0.00 |
| 002 | AMERICAN HONDA FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ELAN/RETAIL PAYMENT SOLUTIONS | 21,266.08 | 1,063.30 | 192.71 | 0.00 |
| 004 | DISCOVER FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 2,467.65 | 123.38 | 22.36 | 0.00 |
| 006 | B-FIRST LLC | 4,234.36 | 211.72 | 38.37 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 5,949.79 | 297.49 | 53.92 | 0.00 |
| 008 | RESURGENT CAPITAL SERVICES | 1,730.08 | 86.50 | 15.68 | 0.00 |
| 009 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LVNV FUNDING LLC | 6,581.41 | 329.07 | 59.64 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 1,703.08 | 85.15 | 15.44 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 370.13 | 18.51 | 3.36 | 0.00 |
| 013 | SHERMAN ACQUISITION DBA | 13,350.13 | 667.51 | 120.98 | 0.00 |
| 014 | B-FIRST LLC | 3,391.02 | 169.55 | 30.73 | 0.00 |
| 015 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | COMMERCE BNAK NA | 9,168.00 | 458.40 | 83.08 | 0.00 |
| 017 | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RESURGENT CAPITAL SERVICES | 3,725.75 | 186.29 | 33.76 | 0.00 |
| 019 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 5,911.18 | 295.56 | 53.57 | 0.00 |
| 021 | B-FIRST LLC | 5,984.34 | 299.22 | 54.23 | 0.00 |
| 022 | EDDIE BAUER | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | BECKET & LEE, LLP | 3,838.93 | 191.95 | 34.79 | 0.00 |
| 024 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 14,333.08 | 716.65 | 129.88 | 0.00 |
| 026 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | OSF ST. ANTHONY MEDICAL CENTER | 3,250.00 | 162.50 | 29.44 | 0.00 |
|  | Total Unsecured | 107,976.50 | 5,398.82 | 978.48 | 0.00 |
|  | Grand Total: | 134,190.14 | 21,639.32 | 17,843.98 | 1,934.48 |

Total Paid Claimant:        $19,778.46  
Trustee Allowance:          $1,293.54  
Percent Paid Unsecured:          18.12

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007            By  /s/Heather M. Fagan